IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA   *
                           *
v.                         *    CR 104-016-004
                           *
RICHARD WHITEHEAD          *

O R D E R

Defendant Richard Whitehead has filed a pro se motion for early termination of his supervised release term. On September 23, 2004, Whitehead pleaded guilty to conspiracy to possess with intent to distribute, and to distribute, over 5 kilograms of cocaine hydrochloride. On January 20, 2005, he was sentenced to 188 months imprisonment and five years of supervised release. Whitehead was released from custody on November 5, 2015.[1]

Whitehead has completed only two years of his five-year term. His probation officer reports that he has had two violations in the past year and cannot recommend him for early termination. Regardless, the Court does not typically grant early termination until an offender has served 2/3 of his term of supervised release. Accordingly, upon consideration of the

---

[1] Whitehead's sentence was reduced to 151 months on January 28, 2015.

factors set forth in 18 U.S.C. § 3553(a) and given the prematurity of the motion, Whitehead's motion to terminate his term of supervised release (doc. no. 342) is **DENIED**. Whitehead may re-file his motion one year from now, but the Court forewarns him that he should more strictly comply with the terms of his supervision.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE