| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CR 104-016 |
| RICHARD WHITEHEAD | * |

O R D E R

Before the Court in the captioned case is a _pro se_ motion filed by Defendant Richard Whitehead to terminate the remainder of his supervised release. Whitehead pled guilty to a drug-related conspiracy charge on September 23, 2004. On January 20, 2005, he was sentenced to a term of 188 months imprisonment and five years supervised release. Following applicable amendments to the United States Sentencing Guidelines, the term of imprisonment was reduced to 151 months. He was released from custody on November 15, 2015, and commenced supervision by the United States Probation Office.

Whitehead's term of supervised release has not been without incident. He has had three positive drug screens in May 2017, January 2018 and April 2018. He was arrested for shoplifting on July 7, 2017, which resulted in a term of state probation after his guilty plea. While Whitehead has been in good standing of late, the United States Probation Office does not support early termination of supervised release in cases in which these types of

violations have occurred. It should also be noted that Whitehead's motion is a type-written recitation of general law with no personal reference or comment except that Whitehead attached a letter sent to him from the United States Probation Office upon his completion of its MRT (Moral Reconation Therapy) Program.

Upon due consideration and given Whitehead's prior conduct while on supervision, early termination of supervised release is not warranted. Accordingly, **IT IS ORDERED** that the motion for early termination (doc. no. 346) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE